IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER DALTON BROWN**                                              **PLAINTIFF**

v.                                                    **CAUSE NO. 1:20cv275-LG-RPM**

**GWENDOLYN WOODLAND ET AL.**                                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is the [35] Report and Recommendation entered by United Magistrate Judge Robert P. Myers, on October 5, 2021. Judge Myers recommends that the lawsuit filed by petitioner, Christopher Dalton Brown, be dismissed without prejudice for failure to prosecute. Petitioner has not filed an objection to the Report and Recommendation and the time for filing an objection has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that Judge Myers' Report and Recommendation is neither clearly erroneous nor contrary to law.

Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [35] Report and Recommendation entered by United Magistrate Judge Robert P. Myers is **ADOPTED** as the opinion of this Court. Petitioner's claims are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED AND ADJUDGED** this the 25th day of October, 2021.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE