# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**CHRISTOPHER DALTON BROWN**                                         **PLAINTIFF**

v.                                                              **CAUSE NO. 1:20cv275-LG-RPM**

**GWENDOLYN WOODLAND ET AL.**                                 **DEFENDANTS**

## **FINAL JUDGMENT**

This matter is before the Court on submission of the [35] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers entered in this cause on October 5, 2021. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 25th day of October, 2021.

                                             s/ *Louis Guirola, Jr.*
                                             LOUIS GUIROLA, JR.
                                             UNITED STATES DISTRICT JUDGE